## MANNERS v. RIBSAM.

1. A deputy clerk, appointed under the act of April 21st, 1876 (*Gen. Stat., p.* 841), and duly qualified, is empowered to take the verdict of a jury during the absence of the clerk.
2. Absence as used in this and similar acts, means non-presence in the courts.

On rule to show cause.

Argued at June Term, 1897, before MAGIE, CHIEF JUS-
TICE, and Justices DEPUE, VAN SYCKEL and GUMMERE.

For the rule, *William M. Lanning.*

*Contra, Carroll Robbins.*

PER CURIAM.

The rule in this case and the rules in two cases against the
same defendant, which were argued with this, must be dis-
charged.

1. A deputy clerk, appointed under the act of April 21st,
1876 (*Gen. Stat.*, *p.* 841), and duly qualified, is empowered to
take the verdict of a jury during the absence of the clerk.
Absence as used in this and similar acts, means the non-pres-
ence in the courts. *Engeman* v. *State*, 25 *Vroom* 247. The ver-
dicts in these cases were rightly received by the deputy clerk,
the clerk being at the time absent from the court.

2. Whether the illness of one of the jurors did, in fact, af-
fect the verdict rendered is not sufficiently clear to justify us
in setting it aside.